# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERNATIONAL OUTDOOR, INC., | Case No. 2:17-cv-10335-GCS-MKM |
| Plaintiff, | Hon. George Caram Steeh |
| v. | **INDEX OF EXHIBITS** |
| CITY OF TROY, | |
| Defendant. | |

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit A | Sign Ordinance |
| Exhibit B | Transcript of Deposition of Mitchell Grusnick |
| Exhibit C | Fed. R. Civ. P. 30(b)(6) Deposition Notice |
| Exhibit D | Declaration of Patrick Depa |
| Exhibit E | Troy City Council Agenda Item I-05 |