UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

INTERNATIONAL OUTDOOR, INC.,           Case No. 2:17-cv-10335-
GCS-MKM

    Plaintiff,                                               Hon. George Caram Steeh

v.

CITY OF TROY,

    Defendant.

_____/

**INDEX OF EXHIBITS**

A. Plaintiff's Application for Variance for Proposed Sign on Austin Avenue

B. Plaintiff's Application for Variance for Proposed Sign on Naugthon Avenue

C. Deposition Transcript – Patrick Depa

D. Chapter 79 of Troy City Code

E. Building Code Board of Appeals Application Form

F. Building Code Board of Appeals Meeting Minutes – 11/4/2015

G. Building Code Board of Appeals Meeting Minutes – 11/18/2015

H. Plaintiff's Appeal Filed in Oakland County Circuit Court

I. Oakland County Circuit Court Order Regarding Plaintiff's Appeal

J. Deposition Transcript – Paul Evans

K. Building Code Board of Appeals Meeting Minutes – 3/2/2011

L. Building Code Board of Appeals Meeting Minutes – 5/2/2012

M. Affidavit of Aileen Dickson

N. Chapter 85 of Troy City Code (Sign Ordinance) Effective October 4, 2018

O. *International Outdoor, Inc. v City of Roseville,* unpublished opinion per curiam of the Court of Appeals, entered May 1, 2014 (Docket No. 313153)

P. *Norton Outdoor Advertising, Inc. v Pierce Township,* unpublished opinion of the United States District Court for the Southern District of Ohio, issued May 30, 2007, (Docket No. 1:05cv401)

Q. *Midwest Property, LLC v Symmes Tp, Ohio,* unpublished opinion of the United States District Court for the Southern District of Ohio, issued May 22, 2006, (Docket No. 1:04-cv-604)