United States District Court for the Eastern

District of Michigan

International Outdoor, Inc.

Plaintiff,

vs.

Case No. 2:17-cv-10335-GCS

City of Troy

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that International Outdoor, Inc.,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the order denying International Outdoor's motion for attorney fees (Doc. 42)
*The final judgment, from an order describing it*

entered in this action on the __2__ day of April, 2019.

(s) J. Adam Behrendt (P58607)

Address: 201 W. Big Beaver Rd, Ste 500

Troy, MI 48084

(248) 743-6000

Attorney for International Outdoor, Inc.

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ☐
    Court of Appeals ☐

6CA-3
11/16