UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

International Outdoor, Inc.,

                    Plaintiff(s),

v.                                              Case No. 2:17−cv−10335−GCS−MKM
                                                Hon. George Caram Steeh

Troy, City of,

                    Defendant(s).

_____

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

           United States Court of Appeals for the Sixth Circuit
           Potter Stewart U.S. Courthouse
           100 East Fifth Street, Fifth Floor
           Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on April 15, 2019.


                              DAVID J. WEAVER, CLERK OF COURT


                        By: s/ S Osorio
                             Deputy Clerk


Dated:  April 15, 2019