UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL OUTDOOR, INC.,

        Plaintiff,

                                          Case No. 17-10335
v.                                  HON. GEORGE CARAM STEEH

CITY OF TROY,

        Defendant.
_____/

ORDER REGARDING SUPPLEMENTAL BRIEFING

On September 4, 2020, the Court of Appeals for the Sixth Circuit issued an opinion affirming the court's grant of the City of Troy's motion for summary judgment on Count I and vacating the grant of the City of Troy's motion to dismiss Count II. The Sixth Circuit remanded the case for reconsideration of the dismissal of Count II under the standard set forth in *Reed v. Town of Gilbert*, 576 U.S. 155 (2015), issuing its mandate on December 29, 2020.

Consistent with Sixth Circuit's direction, the court will reconsider its dismissal of Count II. Defendant shall submit a supplemental brief

by February 5, 2021; Plaintiff shall submit a response by February 19, 2021; and Defendant may submit a reply brief by February 26, 2021.

SO ORDERED.

Dated: January 4, 2021                    s/George Caram Steeh
                                          Hon. George Caram Steeh
                                          United States District Judge