# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERNATIONAL OUTDOOR, INC., | Case No. 2:17-cv-10335-GCS-MKM |
| Plaintiff, | Hon. George Caram Steeh |
| v. | **NOTICE OF APPEAL** |
| CITY OF TROY, | |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff International Outdoor, Inc. appeals to the United States Court of Appeals for the Sixth Circuit from the United States District Court for the Eastern District of Michigan's final judgment entered in this action on April 6, 2021 (appearing at Doc. 53), including (i) the Order Upon Remand Dismissing Count II and Denying Motion for Attorney's Fees entered in this action on April 6, 2021 (appearing at Doc. 52) and (ii) the Order Denying Plaintiff's Motion for Reconsideration (appearing at Doc. 54) entered in this action on May 5, 2021 (appearing at Doc. 55).

        Respectfully submitted,

        BODMAN PLC

        By: /s/ J. Adam Behrendt (P58607)
            John Adam Behrendt (P58607)
            Gordon J. Kangas (P80773)
        201 W. Big Beaver Road, Suite 500
        Troy, Michigan 48084
        (248) 743-6000
        jbehrendt@bodmanlaw.com
        Attorneys for Plaintiff

June 1, 2021

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

|  |  |
|---|---|
|  | /s/ J. Adam Behrendt |
|  | John Adam Behrendt (P58607) |
|  | 201 W. Big Beaver Road, Suite 500 |
|  | Troy, Michigan 48084 |
|  | (248) 743-6000 |
|  | abehrendt@bodmanlaw.com |
| Dated: June 1, 2021 | Attorneys for Plaintiff |